**DISMISS and Opinion Filed October 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00168-CV**

**CHERYL DENISE SCHULDENBERG, Appellant**
**V.**
**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, AS SUBROGEE FOR KURT S. JOHNSON AND LAURA KLINGER, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15270**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Pedersen, III

Before the Court is the parties' joint motion to dismiss the appeal because they have settled their differences. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Bill Pedersen, III//
210168f.p05
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CHERYL DENISE
SCHULDENBERG, Appellant

No. 05-21-00168-CV     V.

OLD REPUBLIC NATIONAL
TITLE INSURANCE COMPANY,
AS SUBROGEE FOR KURT S.
JOHNSON AND LAURA
KLINGER, Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-15270.
Opinion delivered by Justice
Pedersen, III. Justices Osborne and
Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, AS SUBROGEE FOR KURT S. JOHNSON AND LAURA KLINGER recover its costs of this appeal from appellant CHERYL DENISE SCHULDENBERG.

Judgment entered this 6th day of October, 2021.